JANUARY 23, 2007

```
FILED
2007 JAN 23  AM 10: 37
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN
```

The Honorable Dan Polster
Carl B. Stokes Federal Building
Cleveland, Ohio 44113

Judge Polster:

RE: John Martinez Sr.
Docket # 4:01CR00275-010

My name is John Martinez Sr.

On January 10, 2002, I was sentenced to forty-six months at the Federal Correctional Institute in Morgantown, West Virginia followed by three years of supervised release which began on July 2, 2004. While incarcerated, I did five hundred hours of drug rehabilitation, anger management and parenting classes. Upon release from Prison, I went to Community Correctional Association which I completed my drug and mental health aftercare in September 2004. Since being under supervision all of my drug screens have been negative.

I have been employed at Antone's Restaurant in Youngstown, Ohio starting out as a dishwasher at $6.00 an hour to being a prep cook making $10.00 an hour.

I'm writing to request an early termination of my supervision since I have remained a law abiding citizen and have provided a stable life for my family and myself.

Thank you for your time and I look forward to hearing from you soon.

Sincerely,

John Martinez Sr.